THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL RODRIGUEZ

     v.                    CIVIL CASE NO.: 06-2680

CITY OF ALLENTOWN, et al

O R D E R

**AND NOW, TO WIT:** This 15th Day of MARCH, 2007, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above actions are **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Court intends to retain jurisdiction for one year from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** S/CARLENE L. JONES
Carlene L. Jones
Deputy Clerk

Civ 2 (7/95)
41.1(b)